IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:17CR286 |
| vs. | ) | |
| **Ana Karla Rodriguez-Torrez,** **Juan Vega-Diaz,** | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on Defendant Juan Vega-Diaz' Unopposed Motion to Continue Trial [320]. Counsel need additional time to review discovery. The case has previously been designated as complex [106]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [320] is granted, as follows:

1. The jury trial, **for both defendants**, now set for February 25, 2019, is continued to **April 15, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 15, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(ii).

**DATED: February 4, 2019.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**